PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 9/10)
ADOPTED BY ALL FEDERAL COURTS IN TEXAS

United States District Court
Southern District of Texas
FILED

IN THE UNITED STATES DISTRICT COURT

JUL 02 2018

FOR THE __Southern__ DISTRICT OF TEXAS

David J. Bradley, Clerk

__McAllen__ DIVISION

PETITION FOR A WRIT OF HABEAS CORPUS BY
A PERSON IN STATE CUSTODY

__Carlos Salazar Zavala__
PETITIONER
(Full name of Petitioner)

__Bill Clements Unit TDCJ-CID__
CURRENT PLACE OF CONFINEMENT

vs.

__1823896__
PRISONER ID NUMBER

__I.C.E__
RESPONDENT
(Name of TDCJ Director, Warden, Jailor, or
authorized person having custody of Petitioner)

M-18-CV-219
CASE NUMBER
(Supplied by the District Court Clerk)

## INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten and signed and dated by the petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum. The petition, including attachments, may not exceed 20 pages.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only judgments entered by one court may be challenged in a single petition. A separate petition must be filed to challenge a judgment entered by a different state court.

6. Include all of your grounds for relief and all of the facts that support each ground for relief in this petition.

7. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices. The proper court will be the federal court in the division and district in which you were convicted (for example, a Dallas County conviction is in the Northern District of Texas, Dallas Division) or where you are now in custody (for example, the Huntsville units are in the Southern District of Texas, Houston Division).

8. Failure to notify the court of your change of address could result in the dismissal of your case.

## PETITION

**What are you challenging?** (Check all that apply)

- ☐ A judgment of conviction or sentence, probation or deferred-adjudication probation. (Answer Questions 1-4, 5-12 & 20-25)
- ☐ A parole revocation proceeding. (Answer Questions 1-4, 13-14 & 20-25)
- ☐ A disciplinary proceeding. (Answer Questions 1-4, 15-19 & 20-25)
- ☑ Other: Immigration Detainer (Answer Questions 1-4, 10-11 & 20-25)

**All petitioners must answer questions 1-4:**
Note: In answering questions 1-4, you must give information about the conviction for the sentence you are presently serving, even if you are challenging a prison disciplinary action. (Note: If you are challenging a prison disciplinary action, do not answer questions 1-4 with information about the disciplinary case. Answer these questions about the conviction for the sentence you are presently serving.) Failure to follow this instruction may result in a delay in processing your case.

1. Name and location of the court (district and county) that entered the judgment of conviction and sentence that you are presently serving or that is under attack: 370TH Judicial District Court, Hidalgo County Texas - Noe Gonzalez/Dist. Court Judge 9 year TDCJ

2. Date of judgment of conviction: November 7, 2012

3. Length of sentence: 9 years TDCJ-CID

4. Identify the docket numbers (if known) and all crimes of which you were convicted that you wish to challenge in this habeas action: November CR-958-12-G

**Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:**

5. What was your plea? (Check one)  ☐ Not Guilty  ☐ Guilty  ☐ Nolo Contendere

6. Kind of trial: (Check one)  ☐ Jury  ☐ Judge Only

7. Did you testify at trial?  ☐ Yes  ☐ No

8. Did you appeal the judgment of conviction?  ☐ Yes  ☐ No

9. If you did appeal, in what appellate court did you file your direct appeal? _____

    _____ Cause Number (if known): _____

    What was the result of your direct appeal (affirmed, modified or reversed)? _____

    What was the date of that decision? _____

    If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

    Grounds raised: _____

    _____

    Result: _____

    Date of result: _____ Cause Number (if known): _____

    If you filed a petition for a *writ of certiorari* with the United States Supreme Court, answer the following:

    Result: _____

    Date of result: _____

10. Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state applications for a writ of habeas corpus that you may have filed.  ☐ Yes  ☑ No

11. If your answer to 10 is "Yes," give the following information:

    Name of court: __N/A__

    Nature of proceeding: __N/A__

    Cause number (if known): __N/A__

Step 2  Result: _____

Date of Result: _____

**All petitioners must answer the remaining questions:**

20.  For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

A.  **GROUND ONE:** NO EVIDENCE

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

My Biological Mother - Soledad Salazar is a United States Citizen whom merely gave an unanticipated early delivery in Reynosa Mexico

B.  **GROUND TWO:** Asylum

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

It was my intention to apply for asylum because of the Sinaloa Cartel members whom wanted to kill me but I was afraid, and still afraid to be murdered. In mexico they will find me because they pay & control most authorities. In the U.S I am safe

-6-

C.   GROUND THREE: DUE PROCESS

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

It was never investigated that my mother was an American Citizen (U.S.A), and I am given a TDCJ detainer which has also affected my ability to Parole out to my family (children and Father) in Brownsville, Texas

D.   GROUND FOUR: _____

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

21.   Relief sought in this petition: Injunction to remove Immigration hold, and or removal of Immigration Detainer which effects my form of liberty Interest to Parole. I do not have any sexual crimes, and believe parole may grant parole if I remove this detainer.

-7-

Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

<u>N/A</u>
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on <u>June 27, 2018</u> (month, day, year).

Executed (signed) on <u>June 27, 2018</u> (date).

<u>Carlos Salazar Zavala</u>
Signature of Petitioner (<u>required</u>)

Petitioner's <u>current</u> address: <u>9601 Spur 591 Amarillo, Texas 79107</u>

-10-



Carlos Salazar Zavala #1823896
Bill Clements Unit
9601 Spur 591
Amarillo, Texas 79107

United States District Court
Southern District of Texas
P.O. Box 5059
McAllen, Texas 78501

RECEIVED
JUL 02 2018
SOUTHERN DIST. OF TEXAS
McALLEN, TEXAS